IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

Case No. 5:24-cv-05219-TLB

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING & COMMUNICATIONS, INC.

    Plaintiff

v.

MORTER HEALTH CORNER, P.A. d/b/a
NWA HEALTH SOLUTIONS,

    Defendant

## MOTION TO DISMISS AND BRIEF IN SUPPORT

The defendant, Morter Health Corner, P.A., for its Motion, states:

1. Attached hereto as Exhibit 1 and incorporated herein by reference is an affidavit of Sarah Rowden.

2. As Exhibit 1 demonstrates, Sarah Rowden, the agent for service on the defendant, was not served with the summons and complaint in this action.

3. FRCP, Rule 4(h) provides that service on a corporation may be made by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment of by law to receive service of process.

4. The return of service filed in this action recites that the summons and complaint were served on Sarah Rowden. The summons and complaint were not in fact served on Sarah Rowden.

5.  For the foregoing reason, the service made in this action should be determined to be invalid and this action should be dismissed.

WHEREFORE, the defendant, Morter Health Corner, P.A., moves the court to determine the service made in the action to be invalid and dismiss this action.

                                          Respectfully submitted,

By:   /s/Rickard W. Hood
        Rickard W. Hood, ABA# 81091
        Hood & Stacy, P.A.
        P.O. Box 271
        Bentonville, AR  72712
        Telephone: (479) 273-3377
        Facsimile: (479) 273-3419
        Email: rhood@hoodandstacy.com
        Attorneys for Morter Health Corner, P.A.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of December, 2024, I caused to be sent a true and correct copy of the above foregoing pleading e-mailed or mailed postage prepaid to the following:

Daniel DeSouza
dan@copycatlegal.com
COPYCAT LEGAL PLLC
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

                                          /s/Rickard W. Hood
                                          Rickard W. Hood, ABA# 81091

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

Case No. 5:24-cv-05219-TLB

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING & COMMUNICATIONS, INC.
    Plaintiff

v.

MORTER HEALTH CORNER, P.A. d/b/a
NWA HEALTH SOLUTIONS,
    Defendant

---

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

---

The undersigned, Sarah Rowden, after being duly sworn, states on oath:

1. Attached hereto is a copy of a return of service filed in this action, which recites that the Summons issued for service on Morter Health Corner, P.A. was served on me on November 25, 2024.

2. The summons and complaint in this action were not served on me, although a copy of the summons and complaint were left with a receptionist at the front desk of NWA Health Solutions. The receptionist was not and is not an officer, a managing or general agent, or any other agent authorized by appointment of by law to receive service of process on behalf of Morter Health Corner, P.A.

FURTHER AFFIANT SAITH NOT.

Dated December 16, 2024.

                                                    Sarah Rowden

Exhibit 1

SUBSCRIBED AND SWORN to before me this 16th day of December, 2024.

_____
NOTARY PUBLIC

My Commission Expires:

8-31-33

TALIA WEST
Notary Public - Arkansas
Benton County
Commission # 12724379
My Commission Expires Aug 31, 2033

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.<br><br>*Plaintiff(s)*<br>v.<br>MORTER HEALTH CORNER, P.A. d/b/a NWA HEALTH SOLUTIONS<br><br>*Defendant(s)* | Civil Action No. 5:24-cv-05219 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MORTER HEALTH CORNER, P.A. d/b/a NWA HEALTH SOLUTIONS
c/o Sarah Rowden
5300 S. Southern Hills Court
Rogers, AR 72758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel DeSouza, Esq.
3111 N. University Drive, Suite 301
Coral Springs, FL 33065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/1/2024

*Jessica Michael*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MORTER HEALTH CORNER, P.A. d/b/a NWA HEALTH SOLUTIONS
was received by me on *(date)* 11/5/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sarah Rowden, who is designated by law to accept service of process on behalf of *(name of organization)* NWA HEALTH SOLUTION on *(date)* 11/25/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/29/2024

*Server's signature*

Cody Patton, Process Server
*Printed name and title*

P.O. Box 2384, Bentonville, AR 72712
*Server's address*

Additional information regarding attempted service, etc: