IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> MORTER HEALTH CORNER, P.A. d/b/a NWA HEALTH SOLUTIONS, <br><br> Defendant. | Case No. 5:24-cv-5219-TLB |

**DEFENDANT MORTER HEALTH CORNER, P.A.'S
ANSWER TO COMPLAINT**

Defendant Morter Health Corner, P.A., for its Answer to the Complaint [Dkt. 002], states as follows:

1. Defendant lacks sufficient information to admit or deny the allegations in paragraph 1 of the Complaint, and it therefore denies the allegations.

2. Defendant admits the allegations in paragraph 2 of the Complaint.

3. Defendant admits the allegations in paragraph 3 of the Complaint.

4. Defendant admits the allegations in paragraph 4 of the Complaint.

5. Defendant admits the allegations in paragraph 5 of the Complaint.

6. Defendant lacks sufficient information to admit or deny the allegations in paragraph 6 of the Complaint, and it therefore denies the allegations.

7. Defendant lacks sufficient information to admit or deny the allegations in paragraph 7 of the Complaint, and it therefore denies the allegations.

8. Defendant lacks sufficient information to admit or deny the allegations in paragraph 8 of the Complaint, and it therefore denies the allegations.

9. Defendant lacks sufficient information to admit or deny the allegations in paragraph 9 of the Complaint, and it therefore denies the allegations.

10. Defendant lacks sufficient information to admit or deny the allegations in paragraph 10 of the Complaint, and it therefore denies the allegations.

11. Defendant lacks sufficient information to admit or deny the allegations in paragraph 11 of the Complaint, and it therefore denies the allegations.

12. Defendant lacks sufficient information to admit or deny the allegations in paragraph 12 of the Complaint, and it therefore denies the allegations.

13. Defendant lacks sufficient information to admit or deny the allegations in paragraph 13 of the Complaint, and it therefore denies the allegations.

14. Defendant admits the allegations in paragraph 14 of the Complaint.

15. Defendant admits the allegations in paragraph 15 of the Complaint.

16. Defendant lacks sufficient information to admit or deny the allegations in paragraph 16 of the Complaint, and it therefore denies the allegations. Defendant is investigating the circumstances surrounding the alleged publication of the photograph on Defendant's blog many years ago.

17. Defendant lacks sufficient information to admit or deny the allegations in paragraph 17 of the Complaint, and it therefore denies the allegations.

18. Defendant lacks sufficient information to admit or deny the allegations in paragraph 18 of the Complaint, and it therefore denies the allegations.

19. Defendant denies the allegations in paragraph 19 of the Complaint.

20. Defendant denies the allegations in paragraph 20 of the Complaint.

21. Defendant lacks sufficient information to admit or deny the allegations in paragraph 21 of the Complaint, and it therefore denies the allegations.

22. Defendant denies the allegations in paragraph 22 of the Complaint.

23. Defendant incorporates and reasserts its answers to the preceding allegations.

24. Defendant lacks sufficient information to admit or deny the allegations in paragraph 24 of the Complaint, and it therefore denies the allegations.

25. Defendant lacks sufficient information to admit or deny the allegations in paragraph 25 of the Complaint, and it therefore denies the allegations.

26. Defendant lacks sufficient information to admit or deny the allegations in paragraph 26 of the Complaint, and it therefore denies the allegations.

27. Defendant denies the allegations in paragraph 27 of the Complaint.

28. Defendant denies the allegations in paragraph 28 of the Complaint.

29. Defendant denies the allegations in paragraph 29 of the Complaint.

30. Defendant denies the allegations in paragraph 30 of the Complaint.

31. Defendant denies the allegations in paragraph 31 of the Complaint.

32. Defendant denies the allegations in paragraph 32 of the Complaint.

33. Defendant denies the allegations in paragraph 33 of the Complaint.

34. Defendant denies the allegations in paragraph 34 of the Complaint.

35. Defendant denies each and every allegation in the Complaint not specifically admitted herein.

## **AFFIRMATIVE AND OTHER DEFENSES**

36. Defendant pleads the following affirmative and other defenses.

37. The claim is barred by the statute of limitations.

38. The claim is barred under the doctrine of laches.

39. The claim is barred for copyright misuse.

40. Plaintiff's copyright is invalid.

41. The claim is barred on the grounds of fair use by Defendant.

WHEREFORE, Defendant Morter Health Corner, P.A. prays for judgment in its favor and dismissal of the Complaint with prejudice, its reasonable attorney's fees and costs, and all other relief to which it may be entitled.

Respectfully submitted,

MORTER HEALTH CORNER, P.A.

By: Adam L. Hopkins (Ark. #2006282)
ROSE LAW FIRM
809 S. 52nd Street, Suite A
Rogers, AR 72758
Telephone: (479) 856-6081
ahopkins@roselawfirm.com

*Counsel for Morter Health Corner, P.A.*